## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)

GERARD McENERY,                               )
                                              )
                          Plaintiff,          )   CIVIL ACTION
                                              )   No.
       VS.                                    )
                                              )
GENWORTH LIFE AND ANNUITY                     )   AUGUST 20, 2008
INSURANCE COMPANY,                            )
                                              )
                          Defendant.          )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

Defendant Genworth Life and Annuity Insurance Company ("Genworth"),
as successor in interest to First Colony Life Insurance Company, hereby files this Notice
of Removal of this action to the United States District Court for the District of
Connecticut from the State of Connecticut Superior Court in and for the Judicial District
of New Haven at New Haven where the action is pending as CV 08-6002579-S,
pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

In support of this Notice of Removal, Genworth states as follows:

1.      On July 23, 2008, Gerard McEnery ("Plaintiff" or "McEnery"), filed
suit against Genworth in the Superior Court of Connecticut, alleging fraud and money
damages arising out of the sale of a tax-deferred annuity.  See Complaint, dated July

23, 2008, attached as Exhibit A. Genworth is the issuer of the annuity referenced in the Complaint.

2.      McEnery has alleged, inter alia, that the annuity was unsuitable when it was sold to McEnery's uncle, Raymond Crooney. McEnery has alleged fraud, and he also demands that Genworth pay McEnery, as a beneficiary under the annuity contract, in a lump sum.

3.      The United States District Court for the District of Connecticut has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and Defendant.

4.      McEnery is a citizen of the State of Connecticut, and Genworth is a Virginia corporation. The amount in controversy satisfies the jurisdictional minimum because the remaining value of the annuity contact exceeds $80,000.00. Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5.      Accordingly, this action may be removed to this Court. See 28 U.S.C. §§ 1332, 1441.

6.      Genworth was served with process in this action on July 24, 2008, and Genworth received a copy of the Plaintiff's Complaint via facsimile from the Plaintiff on July 23, 2008. Accordingly, this Notice of Removal is timely filed within 30 days after the date of receipt of a summons and copy of the initial pleading setting forth the claim for relief upon which this action is based. See 28 U.S.C. § 1446(b).

2

7.      As required by 28 U.S.C. § 1446(a), Genworth has attached as Exhibit A to this notice of removal "a copy of all process, pleadings, and orders served upon" it in this action.  Further, Genworth has attached as Exhibit B to this notice a copy of its "Appearance," which constitutes all pleadings or papers filed by Genworth in the state court action.

8.      As required by 28 U.S.C. § 1446(d), Genworth will give written notice of the filing of this notice to the Plaintiff and to the Clerk of the Superior Court, Judicial District of New Haven at New Haven, Connecticut.

9.      This Notice of Removal is filed without waiver of Genworth's right to raise all defenses and objections in this action.

10.     If any question arises as to the propriety of the removal of this action, Genworth requests the opportunity to present a brief and oral argument in support of the position that this case is removable.

WHEREFORE, Genworth requests that the state court action now pending in the Superior Court, Judicial District of New Haven at New Haven, Connecticut, be removed therefrom to this United States District Court.

Dated:   Hartford, Connecticut
         August 20, 2008

                                        The **DEFENDANT**
                                        GENWORTH LIFE AND ANNUITY
                                        INSURANCE COMPANY


                              By:       _____
                                        Katherine A. Scanlon (Ct18129)
                                        Ericka R. Lenz (Ct27009)
                                        Pullman & Comley, LLC
                                        90 State House Square
                                        Hartford, CT  06103-3702
                                        Telephone  860 424 4300
                                        Facsimile 860 424 4370
                                        Email: elenz@pullcom.com
                                        Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above

was mailed on August 20, 2008 to all counsel and pro se parties of record as follows:

Gerard McEnery, Esq.
Sinoway, McEnery & Messey, P.C.
250 State Street, Unit E-1
North Haven, CT 06473
(Plaintiff, Gerard McEnery- pro se)

_____
Ericka R. Lenz

## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

    This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by him, pursuant to the statute in such cases made and provided, as one upon whom, in his absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

<u>July 24, 2008</u>      at      <u>2:40</u>  p.m.

*Insurance Commissioner*



## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

SERVICE OF PROCESS
GENWORTH LIFE & ANNUITY INS CO     ......................Secretary,
6604 W BROAD ST
RICHMOND VA 23230     ...............

    Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.

Respectfully yours,

*Insurance Commissioner*

EXHIBIT A

7&&P0(50 &&D3 5815 5524

**SUMMONS - CIVIL**
(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

7.24-08
7 pm y

**INSTRUCTIONS**

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

**"X" ONE OF THE FOLLOWING:**
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more

("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

**RETURN DATE** (Mo., day, yr.)
(Must be a Tuesday) 8/12/08

| | | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) | CASE TYPE (See JD-CV-1c) |
|---|---|---|---|
| [X] JUDICIAL DISTRICT | | **NEW HAVEN** | Major **C**   Minor **20** |
| [ ] HOUSING SESSION | [ ] G.A. NO. | | |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
**235 Church Street, New Haven, CT 06510**

TELEPHONE NO. (with area code)
**203-503-6800**

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle Initial | [ ] Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | McENERY, GERARD, 250 State Street, North Haven, CT 06473 | | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | GENWORTH LIFE and ANNUITY INSURANCE COMPANY, c/o Insurance Commissioner for the State of Connecticut, 153 Market Street, Hartford, CT | | 50 |
| Additional Defendant | | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

## NOTICE TO EACH DEFENDANT

1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.

6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE 7/23/08 | SIGNED (Sign and "X" proper box) | [X] Comm. of Superior Court [ ] Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT **GERARD McENERY** |
|---|---|---|---|

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) **SINOWAY, McENERY & MESSEY, 250 State Street, North Haven, CT 06473** | TELEPHONE NUMBER **203-281-0202** | JURIS NO. (if atty. or law firm) **58512** |
|---|---|---|

| NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code) **Toni A. Roberts, 250 State Street, North Haven, CT 06473** | SIGNATURE OF PLAINTIFF IF PRO SE |
|---|---|

| # PLFS. 1 | # DEFS. 1 | # CNTS. 1 | SIGNED (Official taking recognizance; "X" proper box) | [X] Comm. of Superior Court [ ] Assistant Clerk | For Court Use Only FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:

a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

ATTEST:
A TRUE COPY
NANCY F. MARINO
CONNECTICUT MARSHAL
HARTFORD COUNTY

RETURN DATE:   AUGUST 12, 2008          :      SUPERIOR COURT

GERARD McENERY                          :      J.D. OF NEW HAVEN

VS.                                     :      AT NEW HAVEN

GENWORTH LIFE and ANNUITY               :      JULY 23, 2008
INSURANCE COMPANY

## COMPLAINT

1.      The plaintiff, Gerard McEnery, is a resident of the State of Connecticut.

2.      Gerard McEnery is the sole beneficiary of a contract with Genworth Life and Annuity Insurance Company, Contract No. 3828156.

3.      This contract is based on fraud and was unsuitable for the best interest of the now deceased, Raymond Cooney.

4.      As a beneficiary of the contract, the plaintiff Gerard McEnery demands to be paid a lump sum payment.

5.      Since this contract was unsuitable and premised on fraud, it is voidable.

6.      The plaintiff has suffered the monetary use of the money at present value.

7.      The plaintiff demands to be paid a lump sum of the present value of the contract.

SINOWAY, McENERY & MESSEY, P.C. • ATTORNEYS AND COUNSELORS AT LAW • JURIS #58512

STURBRIDGE COMMONS • 250 STATE STREET, UNIT E-1 • NORTH HAVEN, CT 06473 • (203) 281-0202 • FAX 281-5353

THE PLAINTIFF CLAIMS:

1.      Monetary damages.

THE PLAINTIFF

By _____
            GERARD McENERY

ATTEST:
A TRUE COPY
NANCY F. MARINO
CONNECTICUT MARSHAL
HARTFORD COUNTY

SINOWAY, McENERY & MESSEY, P.C. • ATTORNEYS AND COUNSELORS AT LAW

STURBRIDGE COMMONS • 250 STATE STREET, UNIT E-1 • NORTH HAVEN, CT 06473 • (203) 281-0202 • FAX 281-5353 • JURIS #58512

RETURN DATE:     AUGUST 12, 2008            :          SUPERIOR COURT

GERARD McENERY                              :          J.D. OF NEW HAVEN

VS.                                          :          AT NEW HAVEN

GENWORTH LIFE and ANNUITY                    :          JULY 23, 2008
INSURANCE COMPANY

## AD DAMNUM

The plaintiff claims monetary damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF

By: _____
            GERARD McENERY

ATTEST:
A TRUE COPY

NANCY F. MARINO
CONNECTICUT MARSHAL
HARTFORD COUNTY

**APPEARANCE**
JD-CL-12 Rev. 2-08
Pr. Bk. §§ 3-1 thru 3-6, 3-8

**NOTICE TO SELF-REPRESENTED PARTIES (PRO SE)**
*A self-represented party is a person who represents himself or herself. It is your
responsibility to inform the Clerk's Office if you have a change of address.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

*Note: If you are a self-represented party and have previously filed an appearance and you are filing this appearance only to change your address, check the box below.*

| | |
|---|---|
| ☒ Judicial District  ☐ Housing Session  ☐ G.A. | ☐  *I am filing this appearance to provide change of address information only. My new address information is below.* |

**ADDRESS OF COURT**
*(No., street, town and zip code)*
235 Church Street
New Haven, CT 06510

**DOCKET NO.**
CV-08-6002579

**RETURN DATE**
August 12, 2008

**SCHEDULED COURT DATE**
*(Criminal/Motor Vehicle Matters)*

**INSTRUCTIONS**
1. Type or print legibly.
2. *Judicial District Court Locations: In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #4.*
3. *Geographical Area Locations: In any action returnable to a Geographical Area court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #4.*
4. *In Criminal and Motor Vehicle Actions: Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk. (Practice Book (P.B.) Secs. 3-4, 3-5)*
5. *In Eviction (Summary Process) Actions: In addition to instruction #2 and #3 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below. (P.B. Sec. 3-5(a))*
6. *In Small Claims Matters: File the original with the Small Claims area or Housing Session location. Mail or deliver a copy to the attorney or self-represented party and complete the certification below*
7. *For Appearance in place of (In-lieu-of) another attorney, law firm, or self-represented party: Complete the certification below. (P.B. Sec. 3-8)*
8. *If a party who has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk. (P.B. Sec. 17-20)*
9. *In Juvenile Matters: Do not use this form. Use JD-JM-13 Appearance, Juvenile Matters*

**NAME OF CASE** *(FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)*
McEnery v. Genworth Life and Annuity Insurance Company

**▼   PLEASE ENTER THE APPEARANCE OF   ▼**

| **JURIS NO. OF ATTY. OR FIRM** 409177 | **NAME OF SELF-REPRESENTED PARTY** *(See "Notice to Self-Represented Parties" at top)*, OR NAME OF OFFICIAL, FIRM, PROFESSIONAL CORPORATION, OR INDIVIDUAL ATTORNEY  **Pullman & Comley, LLC** |
|---|---|

| **MAILING ADDRESS** *(No., street)* 90 State House Square | | | **P.O. BOX** | **TELEPHONE NO.** *(Area code first)* 860-424-4300 |
|---|---|---|---|---|
| **CITY/TOWN** Hartford | **STATE** CT | **ZIP CODE** 06103-3706 | **FAX NO.** *(Area code first)* 860-424-4370 | **E-MAIL ADDRESS** kscanlon@pullcom.com |

in the above-entitled case for ("X" one of the following)
☐  The Plaintiff *(includes the person suing another person).*
☐  All Plaintiffs.
☐  The following Plaintiff(s) only: _____
☒  The Defendant *(includes the person being sued or charged with a crime).*
☐  The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐  All Defendants.
☐  The following Defendant(s) only: _____
☐  Other *(Specify)* _____

*NOTE: If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*
☐  *In place of the appearance of the attorney or firm or self-represented party already on file (P.B. Sec. 3-8) OR*
☐  *In addition to appearance already on file.*  _____ *(Name and Juris No.)*

| **SIGNED** *(Individual attorney or self-represented party)* X  *Katherine A. Scanlon* | **NAME OF PERSON SIGNING AT LEFT** *(Print or type)* Katherine A. Scanlon | **DATE SIGNED** 8-8-08 |
|---|---|---|

**CERTIFICATION**

FOR COURT USE ONLY

*This certification must be completed in eviction cases; for "in place of" appearances; in criminal cases; and in small claims matters.*

I hereby certify that a copy of the above was mailed or delivered to:
☒  All counsel and self-represented parties of record as listed below and on any additional sheet(s). *(For evictions (P.B. Sec. 3-5(a)), criminal actions (P.B. Sec. 3-5(c)) and small claims matters)*
☐  Counsel or the party whose appearance is to be replaced as listed below and on additional sheet. *(For appearances in place of another attorney or firm (P.B. Sec. 3-8))*

| **SIGNED** *(Individual attorney or self-represented party)* X  *Katherine A. Scanlon* | **DATE COPIES MAILED OR DELIVERED** 8-8-08 |
|---|---|
| **NAME OF EACH PARTY SERVED** Gerard McEnery | **ADDRESS AT WHICH SERVICE WAS MADE** Sinoway, McEnery & Messey, P.C. 250 State Street, Unit E-1 North Haven, CT 06473 |

* *If necessary, attach additional sheet with the name of each party served and the address of which services was made.*

**APPEARANCE**

EXHIBIT B